IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. D-1-GN-16-003079
   Wesley Scott v. Capital Safety, Inc., 3M Company, American Tower Corporation, American Towers LLC, American Towers, Inc., American Tower Management, LLC, American Tower, L.P and Mastec North America, Inc.
   In the 261st Judicial District Court of Travis County, Texas

2. Was jury demand made in State Court?   Yes [X]   No [ ]

   If yes, by which party and on what date?

   Wesley Scott                                           Jul 15, 2016
   Party Name                                             Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   PLAINTIFF: WESLEY SCOTT
   Jason A. Itkin
   Cory D. Itkin
   Noah M. Wexler
   Ryan S. MacLeod
   ARNOLD & ITKIN, LLP
   6009 Memorial Drive
   Houston, TX 77007
   Phone: (713) 222-3800
   Fax: (713) 222-3850

TXWD - Supplement to JS 44 (Rev. 10/2004)

## STATE COURT INFORMATION: CONTINUED

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

DEFENDANTS DB INDUSTRIES, LLC d/b/a
CAPITAL SAFETY USA and 3M COMPANY
Christina A. Culver
Zandra E. Foley
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, TX 77056
Phone: (713) 403-8210
Fax: (713) 403-8299


DEFENDANTS AMERICAN TOWER, L.P.,
AMERICAN TOWER MANAGEMENT, LLC,
AMERICAN TOWERS, INC., AMERICAN TOWERS, LLC
and AMERICAN TOWER CORPORATION
Joanna Lippman Salinas
R. John Prudhomme
FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.
1717 W. 6th Street, Suite 300
Austin, TX 78703
Phone: (512) 476-5300
Fax: (512) 476-5771

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   At this time, it does not appear that Capital Safety has been served. 3M has not knowledge as to why plaintiff has yet to effectuate service. 3M does not know whether Mastech North America, Inc. has been served, but it has yet to make an appearance at the time of 3M's removal. Again, 3M is unaware why plaintiff has not effectuated service of any party.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   3M is unaware of any responsive parties.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   3M is currently unaware of any counter-claims, cross-claims, or third party claims.

**VERIFICATION:**

_____
Attorney for Removing Party

Aug 22, 2016
Date

3M Company
Party/Parties